Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

*Attorney for Petitioner Emiliano Morales Chavez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Emiliano Morales Chavez,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02931-GMN-EJY

**Joint Stipulation of Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner, by and through court-appointed counsel, and Respondents, by and through undersigned counsel, hereby stipulate to the voluntary dismissal of this action without prejudice.

Petitioner filed a 28 U.S.C. § 2241 petition for writ of habeas corpus on September 14, 2026.[1] The petition was dated September 10, 2026. On September 11, 2026, the day after Petitioner filled out his petition but before the Court issued its Order (ECF No. 3), Petitioner was removed to Mexico. Petitioner's counsel confirmed this on the ICE locator database as well as with the local jail where Petitioner had been housed. Respondents have also confirmed Petitioner's removal

[1] ECF No. 1

to Mexico. Petitioner's claim that he is a member of the *Jacobo Ramirez* class action is therefore moot.

Moreover, unaware Petitioner had been removed and in compliance with the Court's Order, Respondents filed their Return certifying the cause of detention and addressing Petitioner's class action status.[2] Following a full review of the record, Petitioner's counsel agrees that Petitioner is not a member of the *Jacobo Ramirez* class action and that there are no remaining independent factual or legal bases for relief under 28 U.S.C. § 2241 in this proceeding.

Accordingly, the parties stipulate and agree that this action, and all claims asserted herein, shall be dismissed without prejudice.

Respectfully submitted this 7th day of October 2026.

TODD BLANCHE
United States Attorney General

*/s/ Tamer Botros Botros*
Tamer Botros Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
Raquel Lazo
Assistant Federal Public Defender

**IT IS HEREBY ORDERED** that this action, and all claims asserted herein, are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Petitioner's Stipulation for Extension of Time to file Traverse, (ECF No. 8), is **DENIED as moot.**

**DATED** this 13 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

[2] ECF No. 6.